1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GS HOLISTIC, LLC,                          No.  1:23-cv-00288-DAD-AC

12                  Plaintiff,

13       v.                                      ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND GRANTING
14   HABIB SMOKE SHOP, et al.,                   PLAINTIFF'S MOTION FOR DEFAULT
                                                 JUDGMENT
15                  Defendants.
                                                 (Doc. Nos. 30, 33)
16

17          On February 25, 2023, plaintiff GS Holistic, LLC filed this civil action against two

18   defendants:  Habib's Discount doing business as Habib Smoke Shop ("Habib Smoke Shop"), and

19   Gaffar Suwaid.  (Doc. No. 1.)  The Clerk of the Court entered default as to both defendants

20   because they were served with the summons and complaint and did not file a timely answer,

21   responsive pleading, or otherwise appear in this action.  (Doc. Nos. 10, 15–18.)  On October 16,

22   2023, plaintiff filed the pending motion for default judgment.  (Doc. No. 30.)  This matter was

23   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

24          On December 14, 2023, the assigned magistrate judge issued findings and

25   recommendations recommending that plaintiff's motion for default judgment be granted.  (Doc.

26   No. 33.)  Specifically, the magistrate judge recommended that statutory damages be awarded to

27   plaintiff pursuant to 15 U.S.C. § 1117 in the amount of $75,000.00, that costs be awarded in the

28   amount of $1,146.36, and that judgment be entered against defendants.  (*Id.* at 9–12.)  The

1

findings and recommendations provided that any objections thereto were to be filed within twenty-one (21) days.  (*Id.* at 12.)  To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.  The findings and recommendations issued on December 14, 2023 (Doc. No. 33) are adopted in full;

2.  Plaintiff's motion for default judgment against defendants (Doc. No. 30) is granted as follows;

    a.  Default judgment is entered in favor of plaintiff and against defendants;

    b.  Plaintiff is awarded statutory damages pursuant to 15 U.S.C. § 1117 in the amount of $75,000.00; and

    c.  Plaintiff is awarded costs in the amount of $1,146.36; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 8, 2024**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE